# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States of America

v.

Lynnwood Nester

**Case No:** 24-3102

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as  ● Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the  ● Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Appellant - Lynnwood Nester

USA - Chrisellen Kolb, Marc Thompson, & Daniel Lenerz

### Counsel Information

Lead Counsel: Jonathan W. Crisp

Direct Phone: (717) 412-4676  Fax: (717) 412-4679  Email: jcrisp@crisplegal.com

2nd Counsel:

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

3rd Counsel:

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

Firm Name: Crisp and Associates, LLC

Firm Address: 4031 North Front Street  Harrisburg, PA  17110

Firm Phone: (717) 412-4676  Fax: (717) 412-4679  Email: jcrisp@crisplegal.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)